NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DANIEL A. BECK (Cal. Bar No. 204496)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2574
    Facsimile: (213) 894-7819
    E-mail: daniel.beck@usdoj.gov

Attorneys for Defendant Randall Devine

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOBBS, | No. 2:18-cv-0480 PSG (Ex) |
| Plaintiff, | **NOTICE OF SUBSTITUTION** |
| v. | [28 U.S.C. § 2679(d)(2)] |
| RANDALL DEVINE, *an individual*; | Honorable Philip S. Gutierrez |
| AND DOE DEFENDANTS 1-50, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF:

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 2679(d)(2), the United States of America is hereby substituted as the defendant herein for the Plaintiff's California state law tort claims for (3) intentional infliction of emotional distress; and (4) libel, slander, and defamation, in place and instead of Randall Devine.[1] The basis for this substitution is set forth in the Certification of the Chief of the Civil Division of the United States Attorney's Office for the Central District of California, which states that Randall Devine was acting within the course and scope of his employment at all times relevant to the events in this action. A true and correct copy of the Certification is attached hereto.

A Proposed Order reflecting this substitution and the corresponding change to the caption of this case is respectfully submitted herewith for the Court's convenience.

Dated: June 29, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Daniel A. Beck*
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Defendant Randall Devine

---

[1] The United States is only substituted as the defendant for the Complaint's California law tort claims, nos. 3 and 4. The United States is not substituted as a defendant for the Complaint's constitutional tort claims, i.e. Bivens claims nos. 1 and 2, for which Randall Devine remains the named defendant.

1

## CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT

I, David M. Harris, Chief of the Civil Division, United States Attorney's Office for the Central District of California, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.4, hereby certify as follows:

1.  I have read the Complaint in the action entitled <u>Hobbs v. Devine</u>, Case No. 2:18-cv-0480, filed in the United States District Court for the Central District of California (the "Complaint").

2.  Based upon the information now available to me with respect to the incidents referred to in the Complaint, defendant Randall Devine was acting within the course and scope of employment with the United States at all times material to the incidents alleged in the Complaint.

DATED: 6-25-18

_____
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division