Ian Wallach, SBN 237849
  *iwallach@wallachlegal.com*
LAW OFFICES OF IAN WALLACH, PC
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel:  213.375.0000
Fax: 213.402.5516

Victor Sherman, SBN 38483
  *ssvictor@aol.com*
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel:  310.399.3259
Fax: 310.392.9029

*Attorneys for Plaintiff Christopher Hobbs,*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOBBS,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL DEVINE, *an individual*;<br>THE UNITED STATES OF AMERICA;<br>AND DOE DEFENDANTS 1-50,<br><br>Defendants. | Civil No.  2:18-cv-00480-PSG-E<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE CERTIFICATION AND SUBSTITUTION**<br><br>Honorable Philip S. Gutierrez<br><br>Date:    September 24, 2018<br>Time:   1:30 p.m.<br>Crtrm:  6A |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE DEFENDANT:

PLEASE TAKE NOTICE that on September 24, 2018 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Philip S. Gutierrez, located in the United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Plaintiff Christopher Hobbs ("Plaintiff") will and hereby does move this Court for an order striking the Certification of Scope of Federal Employment signed by David M. Harris and filed as the basis for Defendant Randall Devine's Notice of Substitution (ECF No. 17) on June 29, 2018.  Plaintiff also seeks an order striking the Substitution of the United States as the defendant for the California Tort claims and, accordingly, modifying the Court's order of July 3, 2018 (ECF No. 19) to remove the substitution of the United States as the defendant for the California state law tort claims and striking the United States from the caption.

This motion is based upon this notice of motion and the attached memorandum of points and authorities filed and served herewith, the proposed order lodged and served concurrently, the papers and records on file in this action, and upon such additional evidence and arguments as may be presented to this Court at the time of the hearing on this motion.

In accordance with C.D. Cal. Local rule 7-3, this motion is made following conference of counsel which took place on July 9th, 2018 via telephone conference.

Dated: July 11, 2018                    The Law Offices of Ian Wallach, PC

                                         /s/ Ian Wallach_____
                                        Ian Wallach
                                        Attorney for plaintiff

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

Plaintiff Christopher Hobbs ("Plaintiff") brings this *Bivens* and California state tort claims action against Defendant Randalle Devine ("Devine") and others, arising out of a prosecution by the Royal Thai Police instigated -- upon information and belief -- by Devine, who did so with knowledge that the actual perpetrator was someone else, who was eventually prosecuted and convicted.  Plaintiff further alleges that Devine took affirmative steps to hide Devine's involvement so as not disclose the unlawful practices and errors.

On June 28, 2018, The United States filed a Notice of Substitution as to the state claims asserted against Devine, based on a Certification Of Scope of Federal Employment provided by the United States Attorney's Office.  Plaintiff moves to strike both the Certification Of Scope of Federal Employment and the substitution. Plaintiff argues that that the Certification of Scope Of Federal Employment, by itself, is insufficient to support the substitution of the United States as the defendant, in place of Devine, for the California Tort claims.

## II.   BACKGROUND

### A. Allegations In The Complaint

Plaintiff alleges that Devine orchestrated an arrest by the Royal Thai Police of Plaintiff, provided false information to the Royal Thai Police, and did so with the knowledge that the information was false.  COMPLAINT, ¶¶ 11, 12, 13. Plaintiff alleged that Devine was aware of the identity of the true assailant -- Steven James Strike ("Strike") -- who was eventually prosecuted in the United States.  Plaintiff alleges that Devine withheld this and other exculpatory information from the Royal Thai Police.  COMPLAINT, ¶¶ 15, 16, 33.  Plaintiff alleges that Devine undertook this measure to conceal Devine's practice of using minors of Thai descent to engage in relations with Americans who Devine

suspected were sexually assaulting minors. Plaintiff also alleges that Devine fabricated evidence and withheld exculpatory evidence to conceal Devine's error of mistaking Plaintiff with Strike. Complaint ¶¶ 33, 34. Plaintiff further alleges that Devine took affirmative steps to hide Devine's involvement in the prosecution of Plaintiff, and that this occurred through April of 2016. Complaint ¶¶ 47, 50. Plaintiff alleges that as a result of Devine's misconduct, Plaintiff was wrongfully accused and prosecuted (until the matter was dismissed) for sexual assault against a minor.

### B. The Certification And Notice Of Substitution

On June 29, 2018, Defendants filed a Notice of Substitution (ECF No. 17). David M. Harris, Chief of the Civil Division of the U.S Attorney's Office, provided a declaration captioned "CERTIFICATION OF FEDERAL EMPLOYMENT" stating that AUSA Harris had read the complaint and that, based on information available to him, Devine was acting within the course and scope of his employment with the United States at all times material to the incidents alleged in the Complaint.

### III. STANDARD OF REVIEW

### A. The Attorney General's Certification Under 28 USC Section 2679(D)(2) Is Subject To Judicial Review

The Court has the power to review a challenge to a certification under Section 2679(d)(2). *Meridian Int'l Logistics, Inc. v. United States*, 939 F.2d 740, 745 (9th Cir. 1991). A scope of employment certification issued by the Attorney General is subject to *de novo* review by the district court. *Id.*; Billings *v. United States*, 57 F. 3d 797, 800 (9th Cir. 1995).

/ / /

/ / /

### B. Whether The Challenged Conduct Was Undertaken In The Scope Of Employment Turns On California Principles Of *Respondeat Superior*

A challenge to a certification under Section 2679(d)(2), and, specifically, as to whether the challenged conduct was undertaken in the scope of employment, will turn on California principles of Respondeat Superior. *Billings*, 57 F. 3rd at 800 (citing *Pelletier v. Fed. Home Loan Bank of San Francisco,* 968 F.2d 865, 876 (9th Cir. 1992) (holding that the question whether a federal employee whose allegedly tortious conduct is the subject of a lawsuit under the Federal Tort Claims Act ("FTCA") was "acting within the scope of his office or employment" at the time of the injury is to be answered according to the principles of *respondeat superior* of the state in which the alleged tort occurred).

Under California Law, *respondeat superior* will not apply if the employee substantially deviates from the employment duties for personal purposes. *Farmers Ins. Grp. v. Cty. of Santa Clara*, 11 Cal. 4th 992, 1004–05, 906 P.2d 440, 449 (1995).

Plaintiff has alleged that Defendant Randall Devine engaged in lawless conduct by hiding exculpatory evidence and fabricating inculpatory evidence. Plaintiff further alleged that Devine took unlawful efforts to undermine and delay Plaintiff's efforts to understand why Plaintiff was accused and prosecuted, and to conceal Devine's involvement in the prosecution of Plaintiff. If proven, these efforts would substantially deviate from Devine's employment duties.

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

For the reasons set forth above, the Certification of Scope of Federal Employment should be stricken; the substitution of the United States as the Defendant, as to the California Tort claims, should be stricken; and the United States should be removed from the caption in this matter.

Respectfully Submitted,

Dated: July 11, 2018	The Law Offices of Ian Wallach, PC

                                                 /s/ Ian Wallach_____
                                                 Ian Wallach
                                                 Attorney for plaintiff

NOTICE OF MOTION AND MOTION TO STRIKE CERTIFICATION AND SUBSTITUTION