Ian Wallach, SBN 237849
  iwallach@wallachlegal.com
LAW OFFICES OF IAN WALLACH, PC
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel: 213.375.0000
Fax: 213.402.5516

Victor Sherman, SBN 38483
  ssvictor@aol.com
LAW OFFICES OF VICTOR SHERMAN
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel: 310.399.3259
Fax: 310.392.9029

*Attorneys for Plaintiff Christopher Hobbs,*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOBBS,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL DEVINE, *an individual*; THE UNITED STATES OF AMERICA; AND DOE DEFENDANTS 1-50,<br><br>Defendants. | Civil No.  2:18-cv-00480-PSG-E<br><br>**PLAINTIFF'S ADVANCE NOTICE OF WITHDRAWAL OF MOTION TO STRIKE CERTIFICATION AND SUBSTITUTION**<br><br>Honorable Philip S. Gutierrez<br><br>Date:   September 24, 2018<br>Time:   1:30 p.m.<br>Crtrm:  6A |

Plaintiff Christopher Hobbs ("Hobbs") commenced this action on January 18, 2018 [ECF 1].  On July 11, 2018, Hobbs brought the present Notice of Motion and Motion to Strike Certification and Substitution, following a meet and confer conference call that occurred on July 9, 2018, pursuant to local rule 7-3 [ECF 20]. On September 4, 2018, Defendants United States of America ("USA") and Randall Devine ("Devine") (collectively, "Defendants") filed Defendants' Opposition to Plaintiff's Motion to Strike Certification and Substitution.  [ECF 23].

Plaintiff's Motion to Strike Certification and Substitution is withdrawn.

Respectfully Submitted,

Dated: September 12, 2018          The Law Offices of Ian Wallach, PC

                                               _/s/ Ian Wallach_____
                                               Ian Wallach
                                               Attorney for plaintiff